UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| JONATHAN ARNEZ KYLE | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-103 |
| | ) | *Phillips* |
| | ) | |
| MISTY ENGLAND | ) | |
| | ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the defendant's motion for summary judgment is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**ENTER:**

                                                     s/ Thomas W. Phillips
                                                     United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT